DAVID J. CHURCHILL, ESQ. (SBN: 7308)
JARED B. ANDERSON, ESQ. (SBN: 9747)
INJURY LAWYERS OF NEVADA
4001 Meadows Lane
Las Vegas, Nevada 89107
Telephone: (702) 868-8888
Facsimile: (702) 868-8889
jared@injurylawyersnv.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| MARCELINA LAMOUREUX,<br><br>Plaintiff,<br>vs.<br><br>JPMORGAN CHASE HOLDINGS LLC, a foreign limited-liability company; DOES I-X, and ROE ENTITIES I-X, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-1736-KJD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITIONS TO DEFENDANT'S MOTION TO DISMISS AND MOTION TO STAY** |

IT IS HEREBY STIPULATED by and between Plaintiff Marcelina Lamoureux, by and through her attorneys of record David J. Churchill, Esq. and Jared B. Anderson, Esq. of Injury Lawyers of Nevada, and Defendant JPMorgan Chase Holdings, LLC, by and through its attorneys of record Michael P. Lowry, Esq. and Douglas M. Rowan, Esq. of Wilson Elser, that the time within which to file opposition to Defendant's Motion to Dismiss and Motion to Stay be extended up to and including October 29, 2019. The reason for the extension is that Plaintiff's counsel is currently in trial in the Eight District Court of Nevada, Case No.: A-16-737696-C, Mark Hamilton v. Todd Bott and is

///
///
///
///
///

unable to prepare oppositions to the motions while he is in trial.

Dated this 22nd day of October, 2019

INJURY LAWYERS OF NEVADA

/s/Jared B. Anderson
_____
DAVID J. CHURCHILL, ESQ. (7308)
JARED B. ANDERSON, ESQ. (SBN: 9747)
4001 Meadows Lane
Las Vegas, Nevada 89107
*Attorneys for Plaintiff*

Dated this 22nd day of October, 2019

WILSON ELSER

/s/Douglas M. Rowan
_____
Michael P. Lowry, Esq.
Douglas M. Rowan, Esq.
300 South 4th Street, 11th Floor
Las Vegas, NV 89101-6014
Attorneys for Defendant

## **ORDER**

IT IS HEREBY ORDERED THAT the time for Plaintiff MARCELINA LAMOUREUX time to file oppositions to Defendant JPMORGAN CHASE HOLDINGS, LLS shall be extended up to and including October 29, 2019.

Dated this  23   day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

INJURY LAWYERS OF NEVADA

/s/Jared B. Anderson
_____
DAVID J. CHURCHILL, ESQ. (7308)
JARED B. ANDERSON, ESQ. (SBN: 9747)
4001 Meadows Lane
Las Vegas, Nevada 89107
*Attorneys for Plaintiff*