**SAO**
JARED B. ANDERSON, ESQ.  (SBN: 9747)
DAVID J. CHURCHILL, ESQ. (SBN:7308)
INJURY LAWYERS OF NEVADA
4001 Meadows Lane
Las Vegas, Nevada 89107
Telephone:  (702) 868-8888
Facsimile:   (702) 868-8889
jared@injurylawyersnv.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARCELINA LAMOUREUX,<br><br>             Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., a foreign limited-liability company; DOES I-X, and ROE ENTITIES I-X, inclusive,<br><br>             Defendants. | Case No.: 2:19-cv-1736-KJD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

The Plaintiff's counsel, due to unexpected circumstances, will be unable to meet the deadline of December 23, 2020 for filing of the Plaintiff's Response to the Motion for Summary Judgment in this matter.

Therefore, the parties by and through their respective attorneys of record, hereby respectfully submit their Stipulation and Order to Extend Time for Plaintiff to file her opposition to Defendant's Motion for Summary Judgment from December 23, 2020 to January 5, 2021.

DATED this 22nd  day of December, 2020.        DATED this 2nd day of December 2020.

INJURY LAWYERS OF NEVADA                        WILSON ELSER MOSKOWITZ
                                                EDELMAN & DICKER LLP

*/s/ Jared B. Anderson*                         */s/ Michael P. Lowry, Esq.*
Jared B. Anderson, Esq.                         Michael P. Lowry, Esq.
David J. Churchill, Esq.                        Douglas M. Rowan, Esq.
4001 Meadows Lane                               300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89107                         Las Vegas, Nevada 89101-6014
Attorneys for Marcelina Lamoureux               Attorneys for JPMorgan Chase Bank, N.A.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

Having reviewed the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the Plaintiff's Opposition to Defendant's Motion for Summary Judgment will be filed and served on January 5, 2021.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE


Dated: __December 29, 2020_____