**SAO**
JARED B. ANDERSON, ESQ.  (SBN: 9747)
DAVID J. CHURCHILL, ESQ. (SBN:7308)
INJURY LAWYERS OF NEVADA
4001 Meadows Lane
Las Vegas, Nevada 89107
Telephone:  (702) 868-8888
Facsimile:   (702) 868-8889
jared@injurylawyersnv.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARCELINA LAMOUREUX,<br><br>             Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., a foreign limited-liability company; DOES I-X, and ROE ENTITIES I-X, inclusive,<br><br>             Defendants. | Case No.: 2:19-cv-1736-KJD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Second Request)** |

The parties have been engaging in settlement discussions in this case but require additional time in order to see whether these discussions will ultimately prove to be fruitful.  For this reason, the parties have agreed to extend the time for a response to the defendant's motion for summary judgment.

Therefore, the parties by and through their respective attorneys of record, hereby respectfully submit their Stipulation and Order to Extend Time for Plaintiff to file her opposition to Defendant's Motion for Summary Judgment from the current date of January 5, 2021 until January 20, 2021.

DATED this 5th day of January, 2021.                    DATED this 5th day of January 2021.

INJURY LAWYERS OF NEVADA                              WILSON ELSER MOSKOWITZ
                                                                                  EDELMAN & DICKER LLP

*/s/ Jared B. Anderson*                                               */s/ Douglas M. Rowan, Esq.*
Jared B. Anderson, Esq.                                           Michael P. Lowry, Esq.
David J. Churchill, Esq.                                            Douglas M. Rowan, Esq.
4001 Meadows Lane                                                300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89107                                        Las Vegas, Nevada 89101-6014
Attorneys for Marcelina Lamoureux                       Attorneys for JPMorgan Chase Bank, N.A.

Stipulation and Order - 1

**ORDER**

Having reviewed the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the Plaintiff's Opposition to Defendant's Motion for Summary Judgment will be filed and served on January 20, 2021.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: 1/6/2021