UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| MARCELINA LAMOUREUX, | Case No. 2:19-cv-01736-KJD-NJK |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JP MORGAN CHASE BANK, N.A., *et al.*, | |
| Defendants. | |

Presently before the Court is the parties' Joint Notice of Settlement (#32). The parties' move the Court to deem the Motion for Summary Judgment (#27) which is still briefing as moot and to set a status check.

Accordingly, IT IS HEREBY ORDERED that Motion to Deem Defendant's Motion for Summary Judgment as Moot (#33) is **GRANTED**;

IT IS FURTHER ORDERED that the Motion for Summary Judgment (#27) is **DENIED as moot**;

IT IS FURTHER ORDERED that the Motion for Status Check (#34) is **GRANTED**;

IT IS FURTHER ORDERED that the parties file a Joint Status Report or Stipulation to Dismiss this action no later than March 25, 2021.

**IT IS SO ORDERED.**

Dated this 25th day of January 2021.

_____
Kent J. Dawson
United States District Judge