**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
DOUGLAS M. ROWAN, ESQ.
Nevada Bar No. 4736
E-mail: Douglas.Rowan@wilsonelser.com
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for JPMorgan Chase Bank, N.A.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Marcelina Lamoureux,<br><br>Plaintiff,<br><br>vs.<br><br>JPMorgan Chase Bank, N.A., a foreign limited-liability company; Does I-X and Roe Entities I-X, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-1736-KJD-NJK<br><br>**Stipulation and Order to Dismiss with Prejudice** |

Plaintiff MARCELINA LAMOUREUX, by and through her attorney of record, Jared B. Anderson, Esq., of TANNER CHURCHILL ANDERSON, and Defendant JPMORGAN CHASE BANK, N.A., by and through its attorneys of record, Michael P. Lowry, Esq., and Douglas M. Rowan, Esq., of the law firm WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP,

//

//

//

//

//

91687038v.1

hereby stipulate and agree to the dismissal of the above-captioned action, with prejudice, with each party to bear their own fees and costs.

DATED this 26th day of May, 2021.

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

/s/Douglas M. Rowan
Michael P. Lowry, Esq. (NBN 10666)
Douglas M. Rowan, Esq. (NBN 4736)
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, Nevada 89119
Attorneys for JPMorgan Chase Bank, N.A.

DATED this 26th day of May, 2021.

TANNER CHURCHILL ANDERSON

/s/Jared B. Anderson
Jared B. Anderson, Esq. (NBN 9747)
David J. Churchill, Esq. (NBN 7308)
4001 Meadows Lane
Las Vegas, Nevada 89107
Attorneys for Marcelina Lamoureux

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 5/27/2021

-2-

91687038v.1